Mark D. Parker
Geoffrey T. Cunningham
PARKER, HEITZ & COSGROVE, PLLC
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103
Ph: (406) 245-9991
Fax: (406) 245-0971
Email: markdparker@parker-law.com
Email: geoff@parker-law.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **PONTUS SK PORTFOLIO, LLC,** d/b/a **PONTUS CAPITAL,** and **MICHAEL PRESS individually,** | Cause No. CV-22-106-BLG-SPW-TJC |
| **Plaintiffs,** | |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE RULE 41(a)(1)(A)** |
| **SHOPS AT FOX RUN, LLC** | |
| **Defendant.** | |

COME NOW the Plaintiffs, pursuant to Rule 41(a)(1)(A) Fed.R.Civ.P., and dismisses this matter without prejudice.

///

///

**DATED** this 15th day of November, 2022.

                                                Attorneys for Plaintiffs

                                                 */s/ Mark D. Parker*
                                              Mark D. Parker
                                              Geoffrey T. Cunningham
                                              PARKER, HEITZ & COSGROVE, PLLC
                                              401 N. 31st Street, Suite 805
                                              P.O. Box 7212
                                              Billings, Montana 59103
                                              Ph: (406) 245-9991
                                              Fax: (406) 245-0971
                                              Email: geoff@parker-law.com
                                                              markdparker@parker-law.com