IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PONTUS SK PORTFOLIO, LLC, d/b/a PONTUS CAPITAL, and MICHAEL PRESS individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOPS AT FOX RUN, LLC,<br><br>Defendant. | CV 22-106-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiffs' Notice of Dismissal Without Prejudice Rule 41(a)(1)(A),

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of November, 2022.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1